UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RITA KUNZ and<br>HERMAN KUNZ,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ROGER S. SHINNERL, M.D. and<br>EVANSVILLE SURGICAL ASSOCIATES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 3:14-cv-00164-RLY-MPB<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Rita Kunz and Herman Kunz, by counsel, and Defendants, Roger S. Shinnerl, M.D., and Evansville Surgical Associates, by counsel, hereby notify the Court that this matter has been resolved between said parties and stipulate to the dismissal of this action, with prejudice, costs paid, as to Defendants.

Respectfully submitted,

**WILSON KEHOE WININGHAM, LLC**

By: /s/ D. Bruce Kehoe
D. Bruce Kehoe, Esq., #5410-49
*Attorney for Rita and Herman Kunz*

**Wooden & McLaughlin, LLP**

By: /s/Michele S. Bryant
Michele S. Bryant, IN #14533-55
*Attorney for Roger S. Shinnerl, MD and Evansville Surgical Associates*