UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RITA KUNZ and ) | |
| HERMAN KUNZ, ) | |
|   ) | |
| Plaintiffs, ) | |
|   ) | |
| vs. ) | No. 3:14-cv-00164-RLY-MPB |
|   ) | |
| ROGER S. SHINNERL, M.D. and ) | |
| EVANSVILLE SURGICAL ASSOCIATES, ) | |
|   ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

The Parties, by counsel, having filed their Joint Stipulation of Dismissal with Prejudice in the above-captioned matter, and the Court, having reviewed said Stipulation request and being duly advised in the premises, now finds that this matter be and hereby is dismissed with prejudice.

SO ORDERED this 11th day of August, 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record